IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICIA ASHTON DERGES, *also known as* TRICIA DERGES,<br><br>Petitioner,<br><br>v.<br><br>INTERIM WARDEN ALATARY, FCI GREENVILLE,<br><br>Respondent. | Case No. 25-CV-01804-SPM |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of December 5, 2025 (Doc. 7), this action is **DISMISSED without prejudice**.

**DATED: December 5, 2025**

                                    MONICA A. STUMP,
                                    Clerk of Court


                                    By: *s/ Jackie Muckensturm*
                                           Deputy Clerk


**APPROVED:** *s/ Stephen P. Mc*Glynn
                  STEPHEN P. MCGLYNN
                  U.S. District Judge